# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

DEON POWELL,

    Movant,

v.                                             CIVIL ACTION NO. 3:14-25794
                                                  (Criminal Action No. 3:11-00177-01)

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the motion filed by Petitioner entitled "Motion to Vacate, Set Aside or Otherwise Correct a Sentence by a Person in Federal Custody, Pursuant to 28 U.S.C. § 2255 (ECF No. 199) be denied, and that this civil action be dismissed and removed from the docket of the Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that the motion filed by Petitioner entitled "Motion to Vacate, Set Aside or Otherwise Correct a Sentence by a Person in Federal Custody, Pursuant to 28 U.S.C. § 2255 (ECF No. 199) be **DENIED**, and that this civil action be **DISMISSED** and **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: September 2, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE